UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHSNI KAKANDE,

    Petitioner,

v.

ROBIN BAKER, Detroit Director of
Bureau of Immigration and Customs
Enforcement,

    Respondent.
_____/

CASE NO. 06-12132
HON. LAWRENCE P. ZATKOFF

FILED
MAY 22 2006
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

### ORDER OF DISMISSAL

Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. On March 20, 2006, Petitioner brought a Petition in this Court that is identical to the instant Petition. *See* case no. 06-11169. "A district court, as part of its general power to administer its docket, 'may stay or dismiss a case that is duplicative of another federal court suit.'" *Piedra v. Aguirre*, 125 Fed. Appx. 968, 969 (10th Cir. 2005) (quoting *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000)). Accordingly, as the instant action is duplicative of case no. 06-11169, it is HEREBY DISMISSED without prejudice.

IT IS SO ORDERED.

Date: MAY 18 2006

LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Mohsini Kakande

5/22/06

Dockets.Justia.com